

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The District Clerk's Request for Exemption from E-Filing Rules is hereby DENIED as moot.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court